**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stanley Asher COLE, a/k/a Oscar Ivan**
**Cole, Defendant–Appellant.**

**No. 01–7412.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Stanley Asher Cole, pro se. Stephen Matthew Schenning, United States Attorney, Baltimore, MD, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Stanley Asher Cole appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Cole*, Nos. CR–87–139–JFM; CA–01–1907–JFM (D. Md. Jul. 10, 2001 & Aug. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*